ermR. Shawn Oller; AZ Bar No. 019233
soller@littler.com
LITTLER MENDELSON P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, Arizona 85016
Telephone: 602.474.3600
Fax No.: 602.957.1801

Ethan D. Balsam (*pro hac vice*)
ebalsam@littler.com
Stefan J. Marculewicz (*pro hac vice* forthcoming)
smarculewicz@littler.com
Emily J. Carapella (*pro hac vice*)
ecarapella@littler.com
LITTLER MENDELSON P.C.
815 Connecticut Ave., Ste. 400
Washington, D.C. 20006
Telephone: 202.842.3400
Fax No. 202.842.0011

*Attorneys for Respondent*
*Absolute Healthcare d/b/a*
*Curaleaf*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cornele A. Overstreet, Regional Director of Region 28 of the National Labor Relations Board, for an on behalf of the National Labor Relations Board,<br><br>Petitioner,<br><br>v.<br><br>Absolute Healthcare d/b/a Curaleaf,<br><br>Respondent. | **Case No. 2:22-cv-00361-GMS**<br><br>**NOTICE OF COMPLIANCE** |

Defendant Absolute Healthcare d/b/a Curaleaf, by and through its attorneys of record, hereby file this notice of compliance with the Court's June 23, 2022 Order (Doc. 20). *See* Declaration of Stephanie Cade, attached hereto as Exhibit A.

LITTLER MENDELSON P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

1

| | | |
|---|---|---|
| 1 | Dated: July 12, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | */s/ R. Shawn Oller* <br> R. Shawn Oller |
| 4 | | Ethan D. Balsam (*pro hac vice*) <br> Stefan J. Marculewicz (*pro hac vice forthcoming*) |
| 5 | | Emily J. Carapella (*pro hac vice*) <br> LITTLER MENDELSON, P.C. |
| 6 | | |
| 7 | | Attorneys for Respondent <br> ABSOLUTE HEALTHCARE d/b/a CURALEAF |

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 12th day of July, 2022, to:

Judith E. Dávila (AZ #031200)
Fernando J. Anzaldua (AZ #031185)
National Labor Relations Board, Region 28
2600 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004
Tel: (602) 416-4760
Fax: (602) 640-2178
Email: Judith.Davila@nlrb.gov
Fernando.Anzaldua@nlrb.gov
Attorneys for Petitioner

*s/Stephany Mitchell*

LITTLER MENDELSON P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600