# Exhibit A

R. Shawn Oller, Bar No. 019233
soller@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, Arizona 85016
Telephone:   602.474.3600
Fax No.:      602.957.1801

Ethan D. Balsam (*pro hac vice*)
ebalsam@littler.com
Emily J. Carapella (*pro hac vice*)
ecarapella@littler.com
LITTLER MENDELSON P.C.
815 Connecticut Ave., Ste. 400
Washington, D.C. 20006
Telephone:   202.842.3400
Fax No.      202.842.0011

*Attorneys for Respondent*
*Absolute Healthcare d/b/a*
*Curaleaf*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cornele A. Overstreet, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>Petitioner,<br><br>v.<br><br>Absolute Healthcare d/b/a Curaleaf,<br><br>Respondent. | Case No. 2:22-cv-00361-GMS<br><br>**DECLARATION OF STEPHANIE CADE** |

I, Stephanie Cade, declare as follows:

1.  I am over the age of 18 years and fully competent to make this Declaration. I currently hold the position of VP HR Commercial Sales at Curaleaf.

2.  On June 24, 2022, Curaleaf offered, in writing, to reinstate Anissa Keane to her former position.

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

3. On July 1, 2022, Curaleaf held a mandatory employee meeting at its Gilbert, AZ facility during working time at 7:00am, which is a time that Curaleaf customarily holds employee meetings. Curaleaf selected the date and time to maximize attendance. During the meeting, Judith Davila, Field Attorney at the National Labor Relations Board, read the Court's Order to Curaleaf's employees.

4. On June 28, 2022, Curaleaf posted the Court's Order on the bulletin board where other company notices are posted. The Order will remain free from obstructions and defacements and employees will have free and unrestricted access to the Order during the pendency of the Board's administrative proceedings.

**I DECLARE UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. § 1746, THAT THE CONTENTS OF THIS DECLARATION ARE TRUE AND CORRECT.**

Executed on: _____          _____
                  Date                        Stephanie Cade

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

2