# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cornele A Overstreet,<br><br>　　　　Petitioner,<br><br>v.<br><br>Absolute Healthcare,<br><br>　　　　Respondent. | No. CV-22-00361-PHX-GMS<br><br>**ORDER** |

　　　　Before the Court is Respondent's Notice of Compliance (Doc. 21) filed pursuant to the Court's order dated June 23, 2022 (Doc. 20).  Having reviewed the Notice of Compliance and the attached Declaration of Stephanie Cade, the Court finds it is proper to terminate the case at this time.

　　　　**IT IS THEREFORE ORDERED** directing the Clerk of Court to terminate the above-captioned civil case.

　　　　Dated this 29th day of July, 2022.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge